UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDEL DE JESUS SANCHEZ ESPINOZA, BOP #89638-198,<br><br>  Plaintiff,<br><br>v.<br><br>FOUR UNKNOWN NAMED AGENTS OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY; DOES 1-25, inclusive,<br><br>  Defendants. | Civil No. 07cv0640 JM(RBB)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO SHORTEN THE TIME FOR HEARING ON MOTION FOR LIMITED EXPEDITED DISCOVERY |

The Court has considered Plaintiff Audel de Jesus Sanchez Espinoza's ("Espinoza") Ex Parte Application for an Order to Shorten the Time for Hearing on Motion for Limited Expedited Discovery. In Plaintiff's Ex Parte Application, his counsel states that "Espinoza cannot serve those individual defendants because their identities are unknown." (Ex Parte Application 3.) Yet, in Plaintiff's original complaint he named "Defendants Amis, Fisher, Ramirez and John Doe [as] INS Agents at the Federal Building in San Diego, California, during the time frame of this instant." (Compl.

2.)   Plaintiff has not shown good cause for an order shortening time for the hearing on his proposed motion.

DATED:   August 20, 2007

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Miller
All Parties of Record