1
2
3
4
5
6
7
8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11   AUDEL DE JESUS SANCHEZ ESPINOZA,          Case No.  07-CV-0640 JM (RBB)
     BOP #89638-198,
12                                             **ORDER GRANTING LEAVE TO AMEND
                    Plaintiff,                 THE FIRST AMENDED COMPLAINT**
13
            v.
14
     FOUR UNKNOWN NAMED AGENTS OF
15   THE IMMIGRATION AND CUSTOMS
     ENFORCEMENT AGENCY; DOES 1-25,
16   inclusive,

17                  Defendants.

18

19          The Court, having considered Plaintiff Audel de Jesus Sanchez Espinoza's ("Espinoza")

20   *Ex Parte Application* for an Order Granting Leave to Amend the First Amended Complaint, and

21   the entire record herein, and good cause appearing therefore, hereby GRANTS Plaintiff's *ex parte*

22   application.

23          It is further ORDERED that the Second Amended Complaint is deemed filed as of the

24   date of this Order.

25   Dated: December 6, 2007

26                                             Honorable Jeffrey T. Miller
                                               United States District Court Judge
27

28

                                                           **ORDER GRANTING LEAVE TO AMEND FIRST
                                               1.            AMENDED COMPLAINT
                                                           07-CV-0640 JM (RBB)**