UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDEL DE JESUS SANCHEZ ESPINOZA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GARY AMOS; PATRICK AMOS; RALPH FISCHER; JORGE RAMIREZ; DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 07cv0640-JM (RBB)<br><br>ORDER GRANTING EX PARTE APPLICATION TO RE-SCHEDULE MANDATORY SETTLEMENT CONFERENCE<br><br>Magistrate Judge Brooks |

Upon motion of Defendants and good cause appearing, it is hereby ORDERED:

The mandatory settlement conference currently scheduled for April 6, 2009, at 1:30 p.m. is VACATED and is re-scheduled to May 6, 2009 at 1:30 p.m.

DATED: April 1, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

07cv0640